FILED
CLERK, U.S. DISTRICT COURT
8/12/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MRV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 2:25-cr-00664-RGK |
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | [18 U.S.C. § 286: Conspiracy to File False Claims] |
| SUSANA LORENA VIRREY, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 286]

A.  <u>THE OBJECT OF THE CONSPIRACY</u>

1.  Beginning in or about August 2018, and continuing until in or about March 2021, in the Central District of California, and elsewhere, defendant SUSANA LORENA VIRREY knowingly and unlawfully agreed, combined, and conspired with Co-Conspirator 1, and others known and unknown to the United States Attorney, to defraud the United States by obtaining and aiding to obtain the payment and allowance of false, fictitious, and fraudulent claims for refunds of taxes against the Internal Revenue Service ("IRS"), an agency of the United States Department of the Treasury.

B. **MANNER AND MEANS OF THE CONSPIRACY**

2. The conspiracy was to be accomplished, in substance, as follows:

   a. Co-Conspirator 1 would recruit clients into a false return filing scheme by soliciting other individuals ("Clients") to create purported trust entities. Defendant VIRREY and Co-Conspirator 1 would then prepare file Forms 1041, U.S. Income Tax Returns for Estates and Trusts, for the Clients' trusts, which forms would be false and fraudulent because they would report nonexistent federal income tax withholdings and then would claim large refunds of those false withholding amounts.

   b. In connection with filing the false and fraudulent Forms 1041, defendant VIRREY and Co-Conspirator 1 would prepare and cause to be prepared false, fraudulent, and fictitious Forms 1099-OID, Original Issue Discount, and assorted other Forms 1099, which would falsely report that the Clients had received income which they had not actually received and that federal income taxes had been withheld from that non-existent income.

   c. At Co-Conspirator 1's direction and in concert with Co-Conspirator 1, defendant VIRREY would assist in preparing and filing with the IRS false and fraudulent Forms 1041 for several purported trusts that Co-Conspirator 1 created for himself: the Melvin Huges Estate, Bandele Trust, and Brother to Brother Outreach Trust. These false and fraudulent Form 1041 tax returns included the following:

| Tax Year | Trust Tax Return (Approximate Filing Date) | False Withholding Amount | Fraudulent Refund Claimed | Refund Paid by the IRS |
|---|---|---|---|---|
| 2016 | Form 1041 – Melvin Louis Huges Estates (August 28, 2018) | $5,253,048 | $5,239,044 | -- |
| 2017 | Form 1041 – Melvin Louis Huges Estates (October 23, 2018) | $251,421 | $240,253 | -- |
| 2016 | Form 1041 – Bandele Trust (June 6, 2019) | $5,709,941 | $5,709,941 | $5,778,234.78 |
| 2017 | Form 1041 – Bandele Trust (July 1, 2019) | $502,842 | $502,842 | $506,783.40 |
| 2018 | Form 1041 – Bandele Trust (January 13, 2020) | $918,840 | $902,666 | -- |
| 2019 | Form 1041 – Bandele Trust (February 20, 2020) | $192,263,692 | $187,530,364 | -- |
| 2019 | Form 1041 – Bandele Trust (March 23, 2020) | $173,491,456 | $169,513,560 | -- |

d.   At Co-Conspirator 1's direction and in concert with Co-Conspirator 1, defendant VIRREY would assist in preparing and filing false Forms 1041 for Clients that Co-

3

Conspirator 1 had recruited.  These false and fraudulent Form 1041 tax returns included the following:

| Tax Year | Trust Tax Return (Approximate Filing Date) | False Withholding Amount | Fraudulent Refund Claimed | Refund Paid by the IRS |
|---|---|---|---|---|
| 2016 | Form 1041 – P.W. Trust (February 5, 2019) | $1,265,340 | $1,253,069 | $1,283,082.05 |
| 2016 | Form 1041 – J.F. Trust (August 22, 2019) | $632,999 | $620,750 | $620,750 |
| 2016 | Form 1041 – 5MOVEMENT Trust (September 24, 2019) | $880,230 | $880,230 | $880,230 |
| 2016 | Form 1041 – R. Trust (September 30, 2019) | $2,059,779 | $2,033,805 | -- |
| 2016 | Form 1041 – La. F. Trust (September 30, 2019) | $485,850 | $479,351 | $479,351 |
| 2016 | Form 1041 – P.A. Trust (October 14, 2019) | $2,248,270 | $2,219,959 | $2,219,959 |
| 2016 | Form 1041 – Lo. F. Trust (October 21, 2019) | $1,200,300 | $1,184,723 | $1,184,723 |

| 2016 | Form 1041 – Pr. Trust (November 5, 2019) | $507,770 | $503,792 | -- |
|---|---|---|---|---|
| 2016 | Form 1041 – D.F. Trust (January 17, 2020) | $828,664 | $810,821 | $810,821 |

e. After the IRS sent defendant VIRREY and several of the Clients formal letters advising that the Forms 1041 tax returns were frivolous and without legal basis, defendant VIRREY would continue to aid and assist Co-Conspirator 1 in attempting to cause the IRS to pay refunds based on the fraudulent Form 1041 tax returns, including by preparing frivolous correspondence and faxing it to the IRS in an attempt to cause the IRS to pay the claimed refunds.

f. On or about March 10, 2021, defendant VIRREY would use her commission as a notary public to notarize a trust certification for Co-Conspirator 1's Brother to Brother Outreach Trust, which certification was attached to a 2019 Form 1041 for Brother to Brother Outreach Trust filed with the IRS, claiming a $13 million fraudulent refund based on false 1099 withholdings.

3. The false and fraudulent Forms 1041 that defendant VIRREY prepared and filed in concert and agreement with Co-

//
//

Conspirator 1 caused a tax loss to the IRS of at least $13,763,934.23.

BILAL A. ESSAYLI
United States Attorney

*Christina Shay*

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

PATRICK BURNS
MAHANA K. WEIDLER
Trial Attorneys, Tax Division
United States Department of Justice