BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

Patrick Burns (Nev. Bar No. 11779)
Mahana K. Weidler (MD Bar (NBN))
Trial Attorneys
Department of Justice – Tax Division
    150 M. Street NE
    Washington, D.C. 20002
    Telephone: (202) 514-5762
    Facsimile: (202) 514-9623
    E-mail:   J.Patrick.Burns@usdoj.gov
             Mahana.K.Weidler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MELVIN LOUIS HUGHES,<br><br>        Defendant. | CR No. 2:25-cr-00641-MWF<br>[FILED ON August 6, 2025]<br><br><u>NOTICE OF RELATED CASE IN A CRIMINAL ACTION</u> |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SUSANA LORENA VIRREY,<br><br>        Defendant. | CR No. 2:25-cr-00664-RGK<br>[FILED ON August 12, 2025]<br><br><u>NOTICE OF RELATED CASE IN A CRIMINAL ACTION</u> |

1     Plaintiff United States of America, by and through its
2 counsel of record, the United States Attorney for the Central
3 District of California; Patrick Burns and Mahana K. Weidler,
4 Trial Attorneys, Department of Justice, Tax Division, pursuant
5 to L.Cr.R. 7-4, hereby notifies the Court that the above-
6 captioned criminal cases are related.
7     On August 22, 2025, the Court unsealed an indictment
8 returned by a grand jury in the Central District of California
9 on August 6, 2025, charging defendant Melvin Louis Hughes with
10 mail fraud, in violation of 18 U.S.C. § 1341, filing a false
11 claim for refund, in violation of 18 U.S.C. § 287, making and
12 subscribing a false tax return, in violation of 26 U.S.C. §
13 7206(1), and aiding and assisting in the preparation and
14 presentation of a false tax return, in violation of 26 U.S.C. §
15 7206(2).
16     The indictment against Mr. Hughes generally alleges that
17 Mr. Hughes operated a scheme to file fraudulent tax returns
18 claiming very large, often million-dollar refunds based on false
19 federal income tax withholdings. In sum and substance, the
20 indictment alleges that the scheme was to file a Form 1040
21 individual tax return or Form 1041 trust/estate tax return
22 reporting large phantom Form 1099 federal income tax
23 withholdings. The returns then claimed large refunds based on
24 the false withholdings. Fabricated Forms 1099 attached to the
25 tax returns falsely reported that major banks, online payment
26 platforms, and other legitimate businesses made large payments
27 from which large tax withholdings were paid over to the IRS. The
28

government alleges an actual tax loss of over $13,000,000, and an intended tax loss of over $700,000,000.

3. On August 12, 2025, the United States filed a single-count information in the Central District of California, charging defendant Susana Lorena Virrey with conspiracy to file false claims for refund in violation of 18 U.S.C. § 286. The information against Ms. Virrey generally alleges that Ms. Virrey conspired with CO-CONSPIRATOR #1 by participating in a scheme to file fraudulent tax returns claiming large refunds based on false federal income tax withholdings. The information further alleges that as part of the scheme, and at the direction and in concert with CO-CONSPIRATOR #1, Ms. Virrey assisted in preparing and filing false Forms 1041 trust/estate tax return for clients that CO-CONSPIRATOR #1 recruited. The government alleges that the false and fraudulent Forms 1041 that Ms. Virrey prepared and filed in concert and agreement with CO-CONSPIRATOR #1 caused a tax loss to the IRS of over $13,000,000. CO-CONSPIRATOR #1 described in the information is Mr. Hughes.

Ms. Virrey has signed a plea agreement in which she has agreed to plead guilty to the information charging her with conspiracy to file false claims for refund in violation of 18 U.S.C. § 286.[1] The government anticipates calling her as a witness in the trial of Mr. Hughes in 2:25-cr-00641-MWF.

Based upon these facts, the cases are related within the meaning of L.Cr.R. 7-4(a) because they arise out of the same conspiracy, common scheme, transaction, series of transactions

---

[1] The change of plea hearing for Ms. Virrey's guilty plea is currently scheduled for October 6, 2025.

3

or events. Furthermore, the cases are related within the meaning of L.Cr.R. 7-4(b) because they involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

September 24, 2025                    Respectfully Submitted,

BILAL A. ESSAYLI
Acting United States Attorney

           /s/
PATRICK BURNS
MAHANA K. WEIDLER
Trial Attorneys, Tax Division
United States Department of Justice

Attorneys for Plaintiff
UNITED STATES OF AMERICA