UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:25-cr-00664-RGK | Date: 09/08/2025 |
| Present: The Honorable: Patricia Donahue, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| | | |
|---|---|---|
| Isabel Verduzco | CS 09/08/2025 | Patrick Burns |
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s)   ✔ Present   Released on Bond | Attorneys for Defendants:   ✔ Present   Retained |
|---|---|
| Susana Lorena Virrey | Dennis A. Kent, S/A by Nicholas Chia |

**Proceedings: Arraignment of Defendant and/or**   ✔ Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the Information.
* Defendant is arraigned under name on the Information.
* Defendant acknowledges having read the Information and discussed it with counsel.
* Court advises that the defendant has a constitutional right to be charged with a felony by an indictment from a grand jury, but that right can be waived and if so, the case would proceed on an information filed by the United States Attorney.
* Court asks if the defendant has discussed waiving the right to indictment by a grand jury with her attorney, and if so whether the defendant has formally waived that right.
* Defendant signs waiver of indictment in court.
* Waiver of Indictment is submitted, accepted by the Court, and filed.
* This case is assigned to Judge R. Gary Klausner.
* Counsel are directed to contact the Judge's CRD Joseph Remigio at (213) 894-0662 within 48 hours to set a date for the guilty plea. If counsel fail to do so, the Court will assign the first available date and time. Judge Klausner is located in 850, Los Angeles - Edward R. Roybal Federal Building, 255 East Temple Street, CA 90012-3332.

cc: PSALA      PSAED      PSASA
    USMLA      USMED      USMSA
    Statistics Clerk         Interpreter
    CJA Supervising Attorney   Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 05
Initials of Deputy Clerk: IV by TRB